JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT MARTIN,<br><br>　　　　　Petitioner,<br>　　vs.<br>MATTHEW CATE,<br><br>　　　　　Respondent. | Case No. CV 10-4835-RSWL (RNB)<br><br>**J U D G M E N T** |

　　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

　　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: July 7, 2010

　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　─────────────────
　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY